JUDGE JONES             **OFFICE COPY**

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

INVISTA S.á r.l., INVISTA Technologies
S.á r.l. and INVISTA North America S.á r.l.,

V.

E.I. DU PONT DE NEMOURS AND COMPANY
and RHODIA S.A.,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 CV 7270

TO: (Name and address of Defendant)

E.I. du Pont de Nemours and Company
1007 Market Street
Wilmington, Delaware 19898
Attn: Roger W. Arrington, Esq.
Paul J. Bucianlo, Esq.

Rhodia, S.A.
Immeuble Coeur Defen
A 110 esplanade Charle
92400 Courbevoie
France

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Quinn Emanuel Urquhart Oliver
& Hedges, LLP
Michael B. Carlinsky, Esq.
Daniel L. Brockett, Esq.
Jaimie L. Nawaday, Esq.
51 Madison Avenue
New York, NY 10010

Curtis, Mallet-Prevost, Colt &
Mosle LLP
Joseph D. Pizzurro, Esq.
Turner P. Smith, Esq.
101 Park Avenue, 35th Floor
New York, NY 10178

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                6/15/2008

CLERK                                              DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8/18/2008 |
| NAME OF SERVER (PRINT) Charles A Harris III | TITLE Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 10007 N. Market St. Wilmington, DE 19801

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/18/2008
Date

Signature of Server

Lansdale, PA 19446
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case: Invista, S.A.R.L. et al, v. E.I. Dupont De Nemours and Company, et al, Inc.
Case # 08-CIV- 7270

I, Charles A Harris III, do swear that I served Summons, Federal Cover Sheet, Complaint, 7.1 Statement, Individual Practices of Judge Barbara Jones, Individual Practices of Magistrate Judge and Consent to proceed before US Magistrate Judge upon Du Point De Nemours and Company, 1007 N. Market St., Wilmington, DE 19898, Attn. Roger W. Arrington, Esquire and Paul J. Bonato, Esquire on August 18, 2008 at

1:20 pm These documents were accepted by Joan A Byrne the person authorized to accept these documents on behalf of the above captioned company.

I verified that the statements in this return of service are true and correct.
I understand that false statements herein are made subject to the penalties of 18 Pa C.S.A 4904 related to unworn falsifications to authorities. The server listed below is over the age 18 and unrelated to the person or persons involved in this matter.

_____
Signature of Process Server
Lansdale, Pa 19446

Sworn to before me
this 18th day of August 2008

_____
Notary

NOTARIAL SEAL
MICHELE M HARRIS
Notary Public
LANSDALE BORO, MONTGOMERY COUNTY
My Commission Expires Aug 10, 2012