UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
                                            :
INVISTA S.à.r.l., INVISTA Technologies      :
S.à.r.l., and INVISTA North America S.à.r.l.,  :   **NOTICE OF**
                                            :   **APPEARANCE**
                         Plaintiffs,        :   08 CV 7270 (BSJ)
         v.                                 :
                                            :
E.I. DUPONT DE NEMOURS AND COMPANY          :
and RHODIA S.A.,                            :
                                            :
                         Defendants.        :
_____x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for Defendant E.I. DU PONT DE NEMOURS AND COMPANY. I certify that I am admitted to practice in the Southern District of New York.

Dated: August 25, 2008
       New York, New York

                              BOIES, SCHILLER & FLEXNER LLP

                              By: /s/ Robert J. Dwyer
                                  Robert J. Dwyer
                                  575 Lexington Avenue
                                  New York, NY 10022
                                  Phone: (212) 303-3524
                                  *Attorneys for Defendant*