UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
                                        :
INVISTA S.à.r.l., INVISTA Technologies  :
S.à.r.l., and INVISTA North America S.à.r.l., :   **NOTICE OF**
                                        :   **APPEARANCE**
                   Plaintiffs,          :   08 CV 7270 (BSJ)
                                        :
       v.                               :
                                        :
E.I. DUPONT DE NEMOURS AND COMPANY      :
and RHODIA S.A.,                        :
                                        :
                   Defendants.          :
_____x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for Defendant E.I. DU PONT DE NEMOURS AND COMPANY. I certify that I am admitted to practice in the Southern District of New York.


Dated: August 25, 2008
       New York, New York

                              BOIES, SCHILLER & FLEXNER LLP

                              By: /s/ Alanna Rutherford
                              Alanna Rutherford
                              575 Lexington Avenue
                              New York, NY 10022
                              Phone: (212) 446-2387
                              *Attorneys for Defendant*