UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

INVISTA S.à r.l., INVISTA Technologies S.à r.l.,   :        Civil Action No. 08-CIV-7270
and INVISTA North American, S.à r.l.,

                                                         :

                          Plaintiffs,   :        **NOTICE OF APPEARANCE**

                                                         :

                v.

E.I. DU PONT DE NEMOURS AND COMPANY   :
and RHODIA S.A.,

                                                :

                        Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

       Enter my appearance as counsel in this case for defendant E.I. DU PONT DE

NEMOURS AND COMPANY.  I certify that I am admitted to practice in the Southern District

of New York.


Dated:    August 26, 2008
          New York, New York

                                      Respectfully submitted,

                                        E.I. DU PONT DE NEMOURS AND
                                        COMPANY

                                        *By their Attorneys*,

                                        S/_____
                                        Thomas A. Smart
                                        KAYE SCHOLER LLP
                                        425 Park Avenue
                                        New York, NY 10022
                                        (212) 836-8000
                                        tsmart@kayescholer.com