UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

INVISTA S.à r.l., INVISTA Technologies S.à r.l., and INVISTA North American, S.à r.l.,

                Plaintiffs,

v.

E.I. DU PONT DE NEMOURS AND COMPANY and RHODIA S.A.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action No. 08-CIV-7270

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for defendant E.I. DU PONT DE NEMOURS AND COMPANY. I certify that I am admitted to practice in the Southern District of New York.

Dated:    August 26, 2008
                New York, New York

Respectfully submitted,

E.I. DU PONT DE NEMOURS AND COMPANY

*By their Attorneys*,

*S/ Leora Ben-Ami*
Leora Ben-Ami
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000
lbenami@kayescholer.com