UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

INVISTA S.à r.l., INVISTA Technologies S.à r.l.,   :
and INVISTA North American, S.à r.l.,

                                               **Plaintiffs,**   :

                 **v.**   :

E.I. DU PONT DE NEMOURS AND COMPANY   :
and RHODIA S.A.,

                                   **Defendants.**   :

------------------------------------------X

Civil Action No. 08-CIV-7270

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for defendant E.I. DU PONT DE

NEMOURS AND COMPANY.  I certify that I am admitted to practice in the Southern

District of New York.

Dated:   **August 28, 2008**
          **New York, New York**

                                   Respectfully submitted,

                                   E.I. DU PONT DE NEMOURS AND
                                   COMPANY

                                   *By their Attorneys,*

                                   Christopher T. Jagoe
                                   KAYE SCHOLER LLP
                                   425 Park Avenue
                                   New York, NY 10022
                                   (212) 836-8000
                                   cjagoe@kayescholer.com