Jonathan L. Greenblatt
Henry Weisburg
Neil H. Koslowe
Paula Howell
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
jgreenblatt@shearman.com

Attorneys for Defendant
Rhodia S.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
:
INVISTA S.à.r.l., INVISTA Technologies :
S.à.r.l., and INVISTA North America S.à.r.l., :
:
Plaintiffs, :
: No. 08 CV 7270 (BSJ/DCF)
v. :
: ECF Case
E.I. Du Pont de Nemours and Company and :
Rhodia S.A., : **NOTICE OF MOTION TO**
: **DISMISS FOR LACK OF**
Defendants. : **SUBJECT MATTER JURISDICTION**
:
:
:
------------------------------------------------------------x

      TAKE NOTICE that defendant Rhodia S.A. hereby moves this Court, before the

Honorable Barbara S. Jones at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York, upon the complaint and the memorandum of law submitted in

support of this motion, for an order, pursuant to Rule 12(b)(1) of the Federal Rules of Civil

Procedure, dismissing the complaint in its entirety and granting such other and further relief as the Court may deem just and proper.

TAKE FURTHER NOTICE that, pursuant to the Court's order at the September 11, 2008 scheduling conference, any opposing affidavits and answering memoranda shall be served no later than September 29, 2008.

Dated: New York, New York
September 22, 2008

SHEARMAN & STERLING LLP

By: /s/ Jonathan L. Greenblatt
Jonathan L. Greenblatt
Henry Weisburg
Neil H. Koslowe
Paula Howell

599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
jgreenblatt@shearman.com

Attorneys for Defendant
Rhodia S.A.

2