```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
INVISTA S.a.r.l., INVISTA Technologies
S.a.r.l., and INVISTA North America
S.a.r.l.,                              :
                                       :
                    Plaintiffs,        :
                                       : 08 Cv. 7270(BSJ)
          v.                           :
                                       :    Order
                                       :
E.I. Du Pont De Nemours and Company,   :
                                       :
                                       :
                    Defendant.         :
-------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Court grants Plaintiffs' request for oral argument on Defendant's motion to dismiss or stay this action and schedules oral argument for August 17, 2009 at 3:00 PM.

**SO ORDERED:**

Dated: New York, New York
       August 7, 2009

                                    _____
                                    BARBARA S. JONES
                                    **UNITED STATES DISTRICT JUDGE**