# KAYE SCHOLER LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/10

MEMO ENDORSED

Christopher T. Jagoe
212 836-7800
Fax 212 836-6327
cjagoe@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

March 4, 2010

SO ORDERED: DATE: 3/5/10

*/s/ Debra Freeman*

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

**VIA FACSIMILE**

Honorable Debra Freeman
United States Magistrate Judge
United States District Court for the
   Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street, Room 525
New York, NY 10007

**IMMEDIATE ATTENTION REQUESTED**

Re: *INVISTA S.à r.l. et al. v. E.I. du Pont de Nemours & Co.*, 08-CIV-7270

Dear Magistrate Judge Freeman:

    As counsel for E.I. du Pont de Nemours & Co. ("DuPont") with Boies, Schiller & Flexner LLP, in the above-referenced matter, we write with regard to Your Honor's February 17, 2010 Order which, among other things, directed DuPont to make a further submission to the Court by Friday, March 5, 2010, if there are any documents that DuPont still believes should be entitled to the heightened protection afforded by the "Highly Confidential" designation. DuPont believes that such documents exist, but respectfully seeks a one-week extension of time, until March 12, 2010, to make its submission in this regard as directed by the Court. This is the first time we have requested an extension relating to this Order. We have asked opposing counsel to consent to this extension on two occasions, but as of the time of this writing they have not informed us of their position on such an extension. (See Exhibit). This request for an enlargement of time is made in good faith by counsel and not for the purpose of delay or other procedural advantage.

*granted*

    We have been working diligently to comply with all the directives in the Order. In response to the Order we produced on February 22, 2010, the eight documents compelled by the Court. In addition we have been reviewing the DuPont privilege log and expect to produce additional documents on March 5, 2010, consistent with the reasoning set forth in the Order. We are also in the process of amending the privilege log as directed by the Order and intend on serving an amended log no later than March 5, 2010. Compliance with these aspects of the Order has been a time-consuming process and the snow storms last week caused us to lose some considerable time. We therefore, respectfully seek a brief extension of time to March 12, 2010 to make our submission regarding documents that require heightened protection.

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

## KAYE SCHOLER LLP

Honorable Debra Freeman        2        March 4, 2010

We appreciate the Court's consideration of this matter.

Respectfully submitted,

*Christopher T. Jagoe*

Christopher T. Jagoe

CC:    Daniel L. Brockett, Esq. (via facsimile)
        Joseph D. Pizzurro, Esq. (via facsimile)
        Alanna Rutherford, Esq. (via e-mail)